**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00025-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LAWRENCE KOMINEK, | ) | |
| | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's motion to disqualify (#67) on or before April 1, 2015.

IT IS SO ORDERED.

DATED: This 25th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE