**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00025-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LAWRENCE KOMINEK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant moves for transcripts of audio recordings at government expense (#69).[1]  Defendant asserts that he is indigent and cannot afford to pay for the transcripts himself.  However, defendant has retained counsel in this matter and has provided no affidavit establishing his indigency.  The only support for this claim is page 12 of the presentence investigation report, which based on defendant's assets and lack of income concludes that defendant lacks the ability to satisfy a court-imposed fine. Further, there is no indication as to how much transcripts of the

---

[1] It appears the recordings themselves have been produced to the defendant.  (*See* Doc. #70 at 2:13-15).

1

audio recordings will costs.  Given that defendant has retained counsel to represent him in this matter and has not otherwise established that he is indigent, defendant has not established that he is entitled to transcripts at government expense, and the motion for such (#69) is accordingly **DENIED**.

IT IS SO ORDERED.

DATED: This 26th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE