**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00025-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LAWRENCE KOMINEK, | ) | |
| Defendant. | ) | |

    Defendant has moved for leave to file a supplemental brief with respect to the government's request to impose an obstruction of justice enhancement (#70). The motion is **GRANTED**, and defendant shall file any supplemental brief on or before Monday, April 6, 2015. In light of this deadline, the defendant's sentencing currently set for Wednesday, April 8, 2015, at 10 a.m. shall be continued to Wednesday, April 15, 2015, at 10 a.m.

    IT IS SO ORDERED.

    DATED: This 26th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE