# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00025-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| LAWRENCE KOMINEK, | ) | |
| Defendant. | ) | |

The Bureau of Prisons is responsible for computing the credit for time served due to defendant under 18 U.S.C. § 3585(b), and the defendant will receive the credit to which he is due pursuant to the BOP's calculation under § 3585(b). *See United States v. Wilson*, 503 U.S. 329, 335 (1992). Although the judgment of the court entered April 17, 2015, shall not be amended, the court does recommend that the defendant receive credit for time served.

IT IS SO ORDERED.

DATED: This 22nd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE