UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>   v.<br><br>LAWRENCE KOMINEK,<br><br>            Defendant. | Case No. 3:14-cr-00025-HDM-VPC<br><br>ORDER |

Before the court is a motion for early termination of supervised release (ECF No. 114) filed by the defendant, Lawrence Kominek ("Kominek"). The government has opposed the motion for early termination of supervised release. (ECF No. 116).

Following a jury trial in September 2014, Kominek was convicted of two counts of distribution of a controlled substance. (ECF No. 9 & No. 49). The court thereafter sentenced Kominek to 151 months on each count, concurrent, followed by a five-year term of supervised release. Fifteen months after commencing his term of supervised release term, Kominek moved for early termination.

At any time after one year of supervised release has expired, and after considering several enumerated 18 U.S.C. § 3553(a) factors, the court may modify or terminate a term of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

The court has considered the record and the pleadings on file in this matter and concludes that termination of supervised

release is not warranted. Although Kominek has made efforts toward rehabilitation, has been compliant on supervision, and does not require services from Probation at this time, the balance of the relevant § 3553(a) factors do not support termination after serving less than eighteen months on supervised release. Kominek committed the offenses in this case while on supervision for other drug trafficking offenses, and whilst being prosecuted in this case involved himself in a violent threat against the prosecuting attorney. The nature and circumstances of the offense and the need to protect the public from further crimes of the defendant therefore strongly support continued supervision. Continued supervision is also needed to deter criminal conduct of others. Finally, although Kominek is not currently receiving services from Probation, requiring continued compliance with his supervised release conditions is appropriate in light of Kominek's history of drug and alcohol abuse, and will ensure that any treatment needs that may arise are addressed expeditiously.

    Accordingly, IT IS THEREFORE ORDERED that Kominek's motion for early termination of supervised release (ECF No. 114) is hereby DENIED.

    IT IS SO ORDERED.

    DATED: This 6th_day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE